IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD DEWEES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-1579-CDC |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Declaration of James A. Harrington

I, James A. Harrington, provide this declaration pursuant to 28 U.S.C. § 1746 in support of the United States' motion to dismiss:

1.      I am a duly commissioned Revenue Agent in the Large Business and International Division of the Internal Revenue Service ("IRS"), stationed in Greenville, SC.

2.      I have access to and have reviewed information regarding the penalties assessed against Donald Dewees at issue in this case.

3.      I was assigned to review a case involving the failure of Donald Dewees to file various returns and report various transactions to the IRS.

4.      During my review, I determined in part that Mr. Dewees was required to file Forms 5471 from 1997 through 2008 and that he had failed to file these returns.

5.      At the conclusion of my review, I determined, as a result of his failure to file Forms 5471, Mr. Dewees was liable pursuant to 26 U.S.C. § 6038 for a $10,000 penalty for each year 1997 through 2008.

6.     At the conclusion of my review, I did not determine Mr. Dewees was liable for any penalty pursuant to 26 U.S.C. § 6679.

7.     The IRS tracks information regarding a taxpayer's tax liabilities in an electronic database called the Integrated Data Retrieval System ("IDRS").

8.     Attached as Exhibits A through L are TAXMODA's for Mr. Dewees for periods ending December 31, 1997 through December 31, 2008 respectively.

9.     The TAXMODA is a transcript showing certain transactions recorded in IDRS relating to a particular taxpayer, tax period, and type of tax or penalty.

10.     The IRS tracks penalties that are not associated with an income tax return, like the penalties at issue in this case, by creating an IDRS sub-account within the taxpayer's account (a "module") and assigning the module an MFT55 code.

11.     All of the transcripts contained in Exhibit A through K contain an MFT55 code.

12.     The IRS records an assessment for a penalty under 26 U.S.C. § 6038 by entering a transaction within an MFT55 module.

13.     The transaction will contain the amount of the penalty, a 240 transaction code which indicates there was an assessment, and a 623 Ref-Number which indicates the assessment was for a penalty under 26 U.S.C. § 6038.

14.     All of the transcripts contained in Exhibit A through K contain a $10,000 penalty with a 240 transaction code and a Ref-Number 623.

15.     Based on my review of the transcripts, the IRS assessed a $10,000 penalty against Mr. Dewees pursuant to 26 U.S.C. § 6038 for each year 1997 through 2008.

2

16.     I have seen no evidence that the IRS assessed a penalty against Mr.

Dewees pursuant to 26 U.S.C. § 6679.

l declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2016

JAMES A. HARRINGTON
Revenue Agent, Internal Revenue Service

14510612.1

```
IMFOLT███-6026 55199712P01   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96000-4                           SPSSN           UP-CYC:4104
DONALD DEWEES                               TOT EXEMPTIONS:00 BFS  :
                               STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:       LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,175.87 INTEREST DATE:06062016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:     1,175.87 DISASTER RDD :   BWNC :0
      ASED:          INT PAID:       1,175.87-DISASTERSTART:    CC81 :0
      RSED:          FTP TOTAL:           .00 GOVRN SC:49 HIST LC:98 CC85 :0
    FREEZE:    -     FTP ASSESSD:         .00 MATH IN: TDA COPY:7297 TC914:0
INDICATORS:                                               CAF  :
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0    TFRP :0
SETTL CYC:00000000
TC   DATE        AMOUNT      CYCLE       DLN            VARIABLE DATA
240 12122011    10,000.00   20114808 17254-722-52070-1 CSED:12122021
                                                       REF-NUM:623
290 12122011         .00    20114808 17254-722-52070-1
971 12122011         .00    20114808 17277-722-52070-1 ACT-CD: 804
                                                       MISCCP 0015
971 06162012         .00    20122605 51277-570-55541-2 ACT-CD: 611
971 08202012         .00    20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012         .00    20123405 28277-628-05113-2 ACT-CD: 061
              PAGE 001 OF 003          IMFPG 002                   DS:R
```

Exhibit A

Page: 1 Document Name: untitled

```
IMFOLT███████-6026 55199712P02   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                    UP-CYC:4104
TC   DATE       AMOUNT       CYCLE       DLN              VARIABLE DATA
971 09032012          .00  20123505  28277-001-99999-2 ACT-CD: 060
                                                       REVERSAL-IND: 1
971 12032012          .00  20125005  28277-739-68696-2 ACT-CD: 069
582 12072012          .00  20125105  28277-746-68874-2
670 12042012          .00  20125105  49218-747-00106-2 DESG-PYMT-CD:99
360 12312012        63.00  20125105  49218-747-00106-2 DESG-PYMT-CD:99
971 12132012          .00  20125205  66277-754-00020-2 ACT-CD: 252
530 02062013          .00  20130705  28277-440-57311-3 CC:06
971 03112013          .00  20130905  28277-001-99999-3 XREF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
         MISCSAL-OTH-RRB                               ACT-CD: 662
971 02272013          .00  20131105  28277-467-03863-3 ACT-CD: 692
                                                       REVERSAL-IND: 1
240 08182014          .00  20143105  49254-611-96000-4 REF-NUM:623
290 08182014          .00  20143105  49254-611-96000-4
971 07302014          .00  20143105  49277-611-05600-4 XREF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 55200812
         REVERSAL-IND: 1                               ACT-CD: 057
670 08212015    11,248.99- 20153405  29217-237-18500-5 SPLIT-REMIT
         CDDB29022015237001009322                      DESG-PYMT-CD:99
196 09142015     1,175.87  20153405  49254-611-96000-4

              PAGE 002 OF 003          IMFPG 003                     DS:R
```

Date: 10/13/2016 Time: 10:23:08 AM

```
IMFOLT████-6026 55199712P03  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                              UP-CYC:4104
 TC   DATE      AMOUNT       CYCLE       DLN           VARIABLE DATA
 846 09142015       10.12  20153405 49254-611-96000-4 RFND-INT:          .00
            DD:0 RSN:2015239281I000                   RFND-PAY-DATE:09042015
 972 09142015        .00   20153405 28277-999-99999-5 ACT-CD: 692
 971 09042015        .00   20153505 28277-239-99999-5 MEMO:         10.12
            MISCP403464082500                         ACT-CD: 696
 972 09142015        .00   20153505 28277-001-99999-5 ACT-CD: 060
 972 09142015        .00   20153505 49277-611-99999-5 XREF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 55200812
                                                      ACT-CD: 057
 583 09112015        .00   20153705 28277-658-84791-5 DEFINER:1
 290 06062016        .00   20162005 17254-537-10001-6
```

```
              PAGE 003 OF 003          IMFPG 001                    DS:R
```

Page: 1 Document Name: untitled

```
IMFOLT███████-6026 55199812P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96001-4                          SPSSN            UP-CYC:4104
DONALD DEWEES                              TOT EXEMPTIONS:00 BFS  :
                              STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:        .00 SETTL DATE:      LIEN :
LAST  CSED:12-12-2021 TOT INTERST:   1,170.69 INTEREST DATE:10242016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:   1,169.77 DISASTER RDD :      BWNC :0
     ASED:          INT PAID:    1,169.77-DISASTERSTART:      CC81 :0
     RSED:          FTP TOTAL:        .00 GOVRN SC:49 HIST LC:98 CC85 :0
   FREEZE:   -      FTP ASSESSD:        .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                          CAF  :
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0    TFRP :0
SETTL CYC:00000000
TC   DATE       AMOUNT       CYCLE      DLN            VARIABLE DATA
240 12122011     10,000.00  20114808 17254-722-52071-1 CSED:12122021
                                                       REF-NUM:623

290 12122011          .00  20114808 17254-722-52071-1
971 12122011          .00  20114808 17277-722-52071-1 ACT-CD: 804
                                                       MISCCP 0015
971 06092012          .00  20122505 51277-563-07793-2 ACT-CD: 611
971 08202012          .00  20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012          .00  20123405 28277-628-05097-2 ACT-CD: 061
            PAGE 001 OF 003         IMFPG 002                   DS:R
```

Exhibit B

Date: 10/13/2016 Time: 10:25:52 AM

```
IMFOLT███████-6026 55199812P02   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                                UP-CYC:4104
TC    DATE       AMOUNT      CYCLE       DLN            VARIABLE DATA
971 09032012          .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                      REVERSAL-IND: 1
971 12032012          .00  20125005 28277-739-68700-2 ACT-CD: 069
582 12072012          .00  20125105 28277-746-68873-2
971 12132012          .00  20125205 66277-754-00009-2 ACT-CD: 252
530 02062013          .00  20130705 28277-440-57313-3 CC:06
971 03112013          .00  20130905 28277-001-99999-3 XREF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
          MISCSAL-OTH-RRB                              ACT-CD: 662
971 02272013          .00  20131105 28277-467-03860-3 ACT-CD: 692
                                                      REVERSAL-IND: 1
240 08182014          .00  20143105 49254-611-96001-4 REF-NUM:623
290 08182014          .00  20143105 49254-611-96001-4
971 07302014          .00  20143105 49277-611-05603-4 XREF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 55200812
          REVERSAL-IND: 1                              ACT-CD: 057
670 08212015    11,169.77- 20153405 29217-237-18501-5 SPLIT-REMIT
          CDDB29022015237001009323                     DESG-PYMT-CD:99
196 09142015     1,169.77  20153405 49254-611-96001-4
972 09142015          .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015          .00  20153505 28277-001-99999-5 ACT-CD: 060

          PAGE 002 OF 003            IMFPG 003                    DS:R
```

```
IMFOLT██████-6026 55199812P03   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                    UP-CYC:4104
TC   DATE      AMOUNT        CYCLE      DLN          VARIABLE DATA
972 09142015          .00   20153505 49277-611-99999-5 XREF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 55200812
                                                       ACT-CD: 057
583 09112015          .00   20153705 28277-658-84790-5 DEFINER:1
290 06062016          .00   20162005 17254-537-10000-6
```

                  PAGE 003 OF 003           IMFPG 001                      DS:R

Page: 1 Document Name: untitled

```
IMFOLT▓▓▓▓▓-6026 55199912P01   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96003-4                           SPSSN            UP-CYC:4104
DONALD DEWEES                                  TOT EXEMPTIONS:00 BFS  :
                                      STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:           .00 SETTL DATE:      LIEN :
LAST  CSED:12-12-2021 TOT INTERST:      1,170.69 INTEREST DATE:10242016 BWI :
FIRST CSED:12-12-2021 INT ASSESSD:      1,169.77 DISASTER RDD :    BWNC :0
      ASED:          INT PAID:         1,169.77-DISASTERSTART:     CC81 :0
      RSED:          FTP TOTAL:             .00 GOVRN SC:49 HIST LC:98 CC85 :0
   FREEZE:   -       FTP ASSESSD:           .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                      CAF  :
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0  TFRP :0
SETTL CYC:00000000
TC   DATE       AMOUNT        CYCLE      DLN          VARIABLE DATA
240 12122011     10,000.00  20114808 17254-722-52072-1 CSED:12122021
                                                       REF-NUM:623

290 12122011          .00   20114808 17254-722-52072-1
971 12122011          .00   20114808 17277-722-52072-1 ACT-CD: 804
                                                       MISCCP 0015

971 06092012          .00   20122505 51277-563-07799-2 ACT-CD: 611
971 08202012          .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012          .00   20123405 28277-628-05096-2 ACT-CD: 061
              PAGE 001 OF 003          IMFPG 002                    DS:R
```

Exhibit C

Page: 1 Document Name: untitled

```
IMFOLT████-6026 55199912P02   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                              UP-CYC:4104
TC    DATE      AMOUNT       CYCLE      DLN            VARIABLE DATA
971 09032012          .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                       REVERSAL-IND: 1
971 12032012          .00  20125005 28277-739-68704-2 ACT-CD: 069
582 12072012          .00  20125105 28277-746-68872-2
971 12132012          .00  20125205 66277-754-00010-2 ACT-CD: 252
530 02062013          .00  20130705 28277-440-57312-3 CC:06
971 03112013          .00  20130905 28277-001-99999-3 XREF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
          MISCSAL-OTH-RRB                              ACT-CD: 662
971 02272013          .00  20131105 28277-467-03862-3 ACT-CD: 692
                                                       REVERSAL-IND: 1
240 08182014          .00  20143105 49254-611-96003-4 REF-NUM:623
290 08182014          .00  20143105 49254-611-96003-4
971 07302014          .00  20143105 49277-611-05602-4 XREF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 55200812
          REVERSAL-IND: 1                              ACT-CD: 057
670 08212015    11,169.77- 20153405 29217-237-18502-5 SPLIT-REMIT
          CDDB29022015237001009324                     DESG-PYMT-CD:99
196 09142015     1,169.77  20153405 49254-611-96003-4
972 09142015          .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015          .00  20153505 28277-001-99999-5 ACT-CD: 060


          PAGE 002 OF 003            IMFPG 003                    DS:R
```

Page: 1 Document Name: untitled

```
IMFOLT▓▓▓▓▓-6026 55199912P03   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                   UP-CYC:4104
TC   DATE      AMOUNT        CYCLE       DLN           VARIABLE DATA
972 09142015          .00   20153505 49277-611-99999-5 XREF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 55200812
                                                        ACT-CD: 057
583 09112015          .00   20153705 28277-658-84789-5 DEFINER:1
290 06062016          .00   20162005 17254-537-10002-6
```

                PAGE 003 OF 003              IMFPG 001                      DS:R

Date: 10/13/2016 Time: 10:27:03 AM

```
IMFOLT███████-6026 55200012P01  IMF CIVIL PENALTY       NM CTRL:DEWE WEEKLY
49254-611-96005-4                              SPSSN           UP-CYC:4104
DONALD DEWEES                            TOT EXEMPTIONS:00 BFS  :
                                STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:      LIEN :
LAST  CSED:12-12-2021 TOT INTERST:    1,170.69 INTEREST DATE:10242016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:    1,169.77 DISASTER RDD :      BWNC :0
      ASED:           INT PAID:       1,169.77-DISASTERSTART:      CC81 :0
      RSED:           FTP TOTAL:           .00 GOVRN SC:49 HIST LC:98 CC85 :0
    FREEZE:     -     FTP ASSESSD:         .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                       CAF  :
EFT-IND:0 DDRC :00PDC-CD:00 SBND1:00 SBND2:00 SBND3:00 MEFBI:0    TFRP :0
SETTL CYC:00000000
TC   DATE        AMOUNT       CYCLE      DLN           VARIABLE DATA
240 12122011    10,000.00  20114808 17254-722-52073-1 CSED:12122021
                                                      REF-NUM:623

290 12122011         .00   20114808 17254-722-52073-1
971 12122011         .00   20114808 17277-722-52073-1 ACT-CD: 804
                                                      MISCCP 0015

971 06092012         .00   20122505 51277-563-07795-2 ACT-CD: 611
971 08202012         .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                      REVERSAL-IND: 1
972 08112012         .00   20123405 28277-628-05095-2 ACT-CD: 061
              PAGE 001 OF 003            IMFPG 002                 DS:R
```

Exhibit D

```
IMFOLT██████-6026 55200012P02   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                               UP-CYC:4104
TC    DATE     AMOUNT        CYCLE      DLN           VARIABLE DATA
971 09032012          .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                       REVERSAL-IND: 1
971 12032012          .00  20125005 28277-739-68702-2 ACT-CD: 069
582 12072012          .00  20125105 28277-746-68871-2
971 12132012          .00  20125205 66277-754-00011-2 ACT-CD: 252
530 02062013          .00  20130705 28277-440-57315-3 CC:06
971 03112013          .00  20130905 28277-001-99999-3 XREF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
            MISCSAL-OTH-RRB                            ACT-CD: 662
971 02272013          .00  20131105 28277-467-03861-3 ACT-CD: 692
                                                       REVERSAL-IND: 1
240 08182014          .00  20143105 49254-611-96005-4 REF-NUM:623
290 08182014          .00  20143105 49254-611-96005-4
971 07302014          .00  20143105 49277-611-05610-4 XREF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 55200812
            REVERSAL-IND: 1                            ACT-CD: 057
670 08212015    11,169.77- 20153405 29217-237-18503-5 SPLIT-REMIT
            CDDB29022015237001009325                  DESG-PYMT-CD:99
196 09142015     1,169.77  20153405 49254-611-96005-4
972 09142015          .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015          .00  20153505 28277-001-99999-5 ACT-CD: 060


            PAGE 002 OF 003              IMFPG 003                    DS:R
```

```
IMFOLT████████-6026 55200012P03   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                                      UP-CYC:4104
TC   DATE        AMOUNT          CYCLE       DLN              VARIABLE DATA
972 09142015           .00    20153505 49277-611-99999-5 XREF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 55200812
                                                         ACT-CD: 057
583 09112015           .00    20153705 28277-658-84788-5 DEFINER:1
290 06062016           .00    20162005 17254-537-10003-6
```

                    PAGE 003 OF 003            IMFPG 001                    DS:R

```
IMFOLT████████-6026 55200112P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96004-4                              SPSSN           UP-CYC:4104
DONALD DEWEES                                TOT EXEMPTIONS:00 BFS  :
                                  STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:        LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,170.69 INTEREST DATE:07042016 BWI :
FIRST CSED:12-12-2021 INT ASSESSD:     1,169.77 DISASTER RDD :       BWNC :0
      ASED:           INT PAID:        1,169.77-DISASTERSTART:       CC81 :0
      RSED:·          FTP TOTAL:            .00 GOVRN SC:49 HIST LC:98 CC85 :0
    FREEZE:    -      FTP ASSESSD:          .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                        CAF  :
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0    TFRP :
SETTL CYC:00000000
TC   DATE      AMOUNT       CYCLE      DLN              VARIABLE DATA
240 12122011    10,000.00  20114808 17254-722-52074-1 CSED:12122021
                                                      REF-NUM:623

290 12122011         .00   20114808 17254-722-52074-1
971 12122011         .00   20114808 17277-722-52074-1 ACT-CD: 804
                                                      MISCCP 0015

971 06092012         .00   20122505 51277-563-07791-2 ACT-CD: 611
971 08202012         .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                      REVERSAL-IND: 1
972 08112012         .00   20123405 28277-628-05110-2 ACT-CD: 061
          PAGE 001 OF 003           IMFPG 002                   DS:R
```

Exhibit E

Page: 1 Document Name: untitled

```
IMFOLT████-6026 55200112P02  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                             UP-CYC:4104
TC   DATE       AMOUNT        CYCLE       DLN          VARIABLE DATA
971 09032012          .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                       REVERSAL-IND: 1
971 12032012          .00  20125005 28277-739-68699-2 ACT-CD: 069
582 12072012          .00  20125105 28277-746-68870-2
971 12132012          .00  20125205 66277-754-00012-2 ACT-CD: 252
530 02062013          .00  20130705 28277-440-57314-3 CC:06
971 03112013          .00  20130905 28277-001-99999-3 XREF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
             MISCSAL-OTH-RRB                           ACT-CD: 662
971 02272013          .00  20131105 28277-467-03859-3 ACT-CD: 692
                                                       REVERSAL-IND: 1
240 08182014          .00  20143105 49254-611-96004-4 REF-NUM:623
290 08182014          .00  20143105 49254-611-96004-4
971 07302014          .00  20143105 49277-611-05601-4 XREF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 55200812
             REVERSAL-IND: 1                           ACT-CD: 057
670 08212015    11,169.77- 20153405 29217-237-18504-5 SPLIT-REMIT
             CDDB29022015237001009326                  DESG-PYMT-CD:99
196 09142015     1,169.77  20153405 49254-611-96004-4
972 09142015          .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015          .00  20153505 28277-001-99999-5 ACT-CD: 060

            PAGE 002 OF 003              IMFPG 003                    DS:R
```

```
IMFOLT████████-6026 55200112P03   IMF CIVIL PENALTY       NM CTRL:DEWE WEEKLY
                                                               UP-CYC:4104
TC   DATE      AMOUNT        CYCLE      DLN            VARIABLE DATA
972 09142015        .00   20153505 49277-611-99999-5 XREF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 55200812
                                                     ACT-CD: 057
583 09112015        .00   20153705 28277-658-84787-5 DEFINER:1
290 06062016        .00   20162005 17254-537-10004-6
```

PAGE 003 OF 003              IMFPG 001                        DS:R

Date: 10/13/2016 Time: 10:28:46 AM

```
IMFOLT█████-6026 55200212P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96006-4                           SPSSN           UP-CYC:4104
DONALD DEWEES                              TOT EXEMPTIONS:00 BFS  :
                                 STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:      LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,170.69 INTEREST DATE:07042016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:     1,169.77 DISASTER RDD :   BWNC :0
       ASED:          INT PAID:        1,169.77-DISASTERSTART:   CC81 :0
       RSED:          FTP TOTAL:           .00 GOVRN SC:49 HIST LC:98 CC85 :0
     FREEZE:    -     FTP ASSESSD:          .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                     CAF  :
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0 TFRP :0
SETTL CYC:00000000
TC   DATE       AMOUNT        CYCLE      DLN             VARIABLE DATA
240 12122011     10,000.00   20114808 17254-722-52075-1 CSED:12122021
                                                        REF-NUM:623
290 12122011           .00   20114808 17254-722-52075-1
971 12122011           .00   20114808 17277-722-52075-1 ACT-CD: 804
                                                        MISCCP 0015
971 06092012           .00   20122505 51277-563-07797-2 ACT-CD: 611
971 08202012           .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                        REVERSAL-IND: 1
972 08112012           .00   20123405 28277-628-05109-2 ACT-CD: 061
            PAGE 001 OF 003        IMFPG 002                    DS:R
```

Exhibit F

Page: 1 Document Name: untitled

IMFOLT███████-6026 55200212P02   IMF CIVIL PENALTY       NM CTRL:DEWE WEEKLY
                                                                        UP-CYC:4104

| TC | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|----|------|--------|-------|-----|---------------|
| 971 | 09032012 | .00 | 20123505 | 28277-001-99999-2 | ACT-CD: 060 |
| | | | | | REVERSAL-IND: 1 |
| 971 | 12032012 | .00 | 20125005 | 28277-739-68695-2 | ACT-CD: 069 |
| 582 | 12072012 | .00 | 20125105 | 28277-746-68869-2 | |
| 971 | 12132012 | .00 | 20125205 | 66277-754-00013-2 | ACT-CD: 252 |
| 530 | 02062013 | .00 | 20130705 | 28277-440-57310-3 | CC:06 |
| 971 | 03112013 | .00 | 20130905 | 28277-001-99999-3 | XREF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 |
| | | MISCSAL-OTH-RRB | | | ACT-CD: 662 |
| 971 | 02272013 | .00 | 20131105 | 28277-467-03833-3 | ACT-CD: 692 |
| | | | | | REVERSAL-IND: 1 |
| 240 | 08182014 | .00 | 20143105 | 49254-611-96006-4 | REF-NUM:623 |
| 290 | 08182014 | .00 | 20143105 | 49254-611-96006-4 | |
| 971 | 07302014 | .00 | 20143105 | 49277-611-05605-4 | XREF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 55200812 |
| | | REVERSAL-IND: 1 | | | ACT-CD: 057 |
| 670 | 08212015 | 11,169.77- | 20153405 | 29217-237-18505-5 | SPLIT-REMIT |
| | | CDDB29022015237001009327 | | | DESG-PYMT-CD:99 |
| 196 | 09142015 | 1,169.77 | 20153405 | 49254-611-96006-4 | |
| 972 | 09142015 | .00 | 20153405 | 28277-999-99999-5 | ACT-CD: 692 |
| 972 | 09142015 | .00 | 20153505 | 28277-001-99999-5 | ACT-CD: 060 |

                 PAGE 002 OF 003            IMFPG 003                    DS:R

Page: 1 Document Name: untitled

```
IMFOLT██████6026 55200212P03   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                           UP-CYC:4104
TC   DATE       AMOUNT      CYCLE       DLN          VARIABLE DATA
972 09142015        .00   20153505 49277-611-99999-5 XREF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 55200812
                                                     ACT-CD: 057
583 09112015        .00   20153705 28277-658-84786-5 DEFINER:1
290 06062016        .00   20162005 17254-537-10005-6


                  PAGE 003 OF 003         IMFPG 001                    DS:R
```

Date: 10/13/2016 Time: 10:29:27 AM

```
IMFOLT██████-6026 55200312P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96002-4                        SPSSN            UP-CYC:4104
DONALD DEWEES                                    TOT EXEMPTIONS:00 BFS :
                                   STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:      LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,170.69 INTEREST DATE:07042016 BWI :
FIRST CSED:12-12-2021 INT ASSESSD:     1,169.77 DISASTER RDD :  BWNC :0
       ASED:          INT PAID:        1,169.77-DISASTERSTART:   CC81 :0
       RSED:          FTP TOTAL:            .00 GOVRN SC:49 HIST LC:98 CC85 :0
     FREEZE:    -     FTP ASSESSD:          .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                     CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0  TFRP :0
SETTL CYC:00000000
TC   DATE       AMOUNT       CYCLE      DLN         VARIABLE DATA
240 12122011     10,000.00  20114808 17254-722-52076-1 CSED:12122021
                                                       REF-NUM:623
290 12122011          .00   20114808 17254-722-52076-1
971 12122011          .00   20114808 17277-722-52076-1 ACT-CD: 804
                                                       MISCCP 0015
971 06092012          .00   20122505 51277-563-07798-2 ACT-CD: 611
971 08202012          .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012          .00   20123405 28277-628-05108-2 ACT-CD: 061
              PAGE 001 OF 003          IMFPG 002                    DS:R
```

Exhibit G

```
IMFOLT██████-6026 55200312P02  IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                              UP-CYC:4104
TC    DATE      AMOUNT         CYCLE      DLN           VARIABLE DATA
971 09032012          .00   20123505 28277-001-99999-2 ACT-CD: 060
                                                       REVERSAL-IND: 1
971 12032012          .00   20125005 28277-739-68684-2 ACT-CD: 069
582 12072012          .00   20125105 28277-746-68868-2
971 12132012          .00   20125205 66277-754-00014-2 ACT-CD: 252
530 02062013          .00   20130705 28277-440-57309-3 CC:06
971 03112013          .00   20130905 28277-001-99999-3 XREF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
            MISCSAL-OTH-RRB                            ACT-CD: 662
971 02272013          .00   20131105 28277-467-03834-3 ACT-CD: 692
                                                       REVERSAL-IND: 1
960 05082013          .00   20131905 61277-528-01384-3
240 08182014          .00   20143105 49254-611-96002-4 REF-NUM:623
290 08182014          .00   20143105 49254-611-96002-4
971 07302014          .00   20143105 49277-611-05607-4 XREF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 55200812
            REVERSAL-IND: 1                            ACT-CD: 057
670 08212015    11,169.77-  20153405 29217-237-18506-5 SPLIT-REMIT
            CDDB29022015237001009328                  DESG-PYMT-CD:99
196 09142015     1,169.77   20153405 49254-611-96002-4
972 09142015          .00   20153405 28277-999-99999-5 ACT-CD: 692
972 09142015          .00   20153505 28277-001-99999-5 ACT-CD: 060
            PAGE 002 OF 003            IMFPG 003                    DS:R
```

Page: 1 Document Name: untitled

```
IMFOLT██████-6026 55200312P03   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                    UP-CYC:4104
TC   DATE      AMOUNT       CYCLE    DLN              VARIABLE DATA
972 09142015         .00  20153505 49277-611-99999-5 XREF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 55200812
                                                     ACT-CD: 057
583 09112015         .00  20153705 28277-658-84785-5 DEFINER:1
290 06062016         .00  20162005 17254-537-10006-6
```

```
             PAGE 003 OF 003            IMFPG 001                    DS:R
```

Page: 1 Document Name: untitled

```
IMFOLT██████-6026 55200412P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96007-4                         SPSSN            UP-CYC:4104
DONALD DEWEES                                TOT EXEMPTIONS:00 BFS  :
                                  STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:         .00 SETTL DATE:       LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,170.69 INTEREST DATE:07042016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:     1,169.77 DISASTER RDD :       BWNC :0
      ASED:          INT PAID:      1,169.77-DISASTERSTART:    CC81 :0
      RSED:          FTP TOTAL:         .00 GOVRN SC:49 HIST LC:98 CC85 :0
      FREEZE:    -   FTP ASSESSD:       .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                     CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0  TFRP :0
SETTL CYC:00000000
TC    DATE      AMOUNT       CYCLE      DLN           VARIABLE DATA
240 12122011     10,000.00 20114808 17254-722-52077-1 CSED:12122021
                                                      REF-NUM:623
290 12122011          .00  20114808 17254-722-52077-1
971 12122011          .00  20114808 17277-722-52077-1 ACT-CD: 804
                                                      MISCCP 0015
971 06092012          .00  20122505 51277-563-07790-2 ACT-CD: 611
971 08202012          .00  20123205 17277-999-99999-2 ACT-CD: 061
                                                      REVERSAL-IND: 1
972 08112012          .00  20123405 28277-628-05104-2 ACT-CD: 061
              PAGE 001 OF 003         IMFPG 002                   DS:R
```

Exhibit H

```
IMFOLT████████-6026 55200412P02  IMF CIVIL PENALTY       NM CTRL:DEWE WEEKLY
                                                                 UP-CYC:4104
TC    DATE     AMOUNT         CYCLE      DLN              VARIABLE DATA
971 09032012        .00    20123505 28277-001-99999-2 ACT-CD: 060
                                                      REVERSAL-IND: 1
971 12032012        .00    20125005 28277-739-68685-2 ACT-CD: 069
582 12072012        .00    20125105 28277-746-68867-2
971 12132012        .00    20125205 66277-754-00015-2 ACT-CD: 252
530 02062013        .00    20130705 28277-440-57491-3 CC:06
971 03112013        .00    20130905 28277-001-99999-3 XREF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
             MISCSAL-OTH-RRB                          ACT-CD: 662
971 02272013        .00    20131105 28277-467-03835-3 ACT-CD: 692
                                                      REVERSAL-IND: 1
960 05082013        .00    20131905 61277-528-01346-3
240 08182014        .00    20143105 49254-611-96007-4 REF-NUM:623
290 08182014        .00    20143105 49254-611-96007-4
971 07302014        .00    20143105 49277-611-05604-4 XREF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 55200812
             REVERSAL-IND: 1                          ACT-CD: 057
670 08212015  11,169.77-    20153405 29217-237-18507-5 SPLIT-REMIT
             CDDB29022015237001009329                 DESG-PYMT-CD:99
196 09142015   1,169.77     20153405 49254-611-96007-4
972 09142015        .00    20153405 28277-999-99999-5 ACT-CD: 692
972 09142015        .00    20153505 28277-001-99999-5 ACT-CD: 060
             PAGE 002 OF 003              IMFPG 003                      DS:R
```

Page: 1 Document Name: untitled

IMFOLT███████-6026 55200412P03   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                                 UP-CYC:4104
TC    DATE       AMOUNT        CYCLE      DLN          VARIABLE DATA
972 09142015          .00   20153505 49277-611-99999-5 XREF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 55200812
                                                       ACT-CD: 057
583 09112015          .00   20153705 28277-658-84784-5 DEFINER:1
290 06062016          .00   20162005 17254-537-10007-6


            PAGE 003 OF 003          IMFPG 001                    DS:R


Date: 10/13/2016 Time: 10:31:49 AM

```
IMFOLT        -6026 55200512P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96008-4                        SPSSN           UP-CYC:4104
DONALD DEWEES                                TOT EXEMPTIONS:00 BFS  :
                                    STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:       LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,170.69 INTEREST DATE:10242016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:     1,169.77 DISASTER RDD :    BWNC :0
       ASED:          INT PAID:        1,169.77-DISASTERSTART:    CC81 :0
       RSED:          FTP TOTAL:            .00 GOVRN SC:49 HIST LC:98 CC85 :0
     FREEZE:    -     FTP ASSESSD:          .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                     CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0   TFRP :0
SETTL CYC:00000000
TC    DATE     AMOUNT       CYCLE      DLN          VARIABLE DATA
240 12122011     10,000.00  20114808 17254-722-52078-1 CSED:12122021
                                                       REF-NUM:623
290 12122011          .00   20114808 17254-722-52078-1
971 12122011          .00   20114808 17277-722-52078-1 ACT-CD: 804
                                                       MISCCP 0015
971 06092012          .00   20122505 51277-563-07796-2 ACT-CD: 611
971 08202012          .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012          .00   20123405 28277-628-05102-2 ACT-CD: 061
              PAGE 001 OF 003        IMFPG 002                  DS:R
```

Exhibit I

Page: 1 Document Name: untitled

```
IMFOLT████-6026 55200512P02   IMF CIVIL PENALTY       NM CTRL:DEWE WEEKLY
                                                               UP-CYC:4104
TC    DATE        AMOUNT      CYCLE      DLN            VARIABLE DATA
971 09032012          .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                      REVERSAL-IND: 1
971 12032012          .00  20125005 28277-739-68686-2 ACT-CD: 069
582 12072012          .00  20125105 28277-746-68860-2
971 12132012          .00  20125205 66277-754-00016-2 ACT-CD: 252
530 02062013          .00  20130705 28277-440-57499-3 CC:06
971 03112013          .00  20130905 28277-001-99999-3 XREF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
              MISCSAL-OTH-RRB                         ACT-CD: 662
971 02272013          .00  20131105 28277-467-03836-3 ACT-CD: 692
                                                      REVERSAL-IND: 1
960 05082013          .00  20131905 61277-528-01350-3
240 08182014          .00  20143105 49254-611-96008-4 REF-NUM:623
290 08182014          .00  20143105 49254-611-96008-4
971 07302014          .00  20143105 49277-611-05608-4 XREF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 55200812
              REVERSAL-IND: 1                         ACT-CD: 057
670 08212015    11,169.77- 20153405 29217-237-18508-5 SPLIT-REMIT
              CDDB29022015237001009330               DESG-PYMT-CD:99
196 09142015     1,169.77  20153405 49254-611-96008-4
972 09142015          .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015          .00  20153505 28277-001-99999-5 ACT-CD: 060
              PAGE 002 OF 003              IMFPG 003                    DS:R
```

Date: 10/13/2016 Time: 10:32:09 AM

```
IMFOLT████-6026 55200512P03   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                    UP-CYC:4104
TC    DATE       AMOUNT        CYCLE      DLN              VARIABLE DATA
972 09142015         .00   20153505 49277-611-99999-5 XREF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 55200812
                                                      ACT-CD: 057
583 09112016         .00   20153705 28277-658-84783-5 DEFINER:1
290 06062016         .00   20162005 17254-537-10008-6
```

```
                PAGE 003 OF 003         IMFPG 001                    DS:R
```

Date: 10/13/2016 Time: 10:32:14 AM

```
IMFOLT█████-6026 55200612P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96009-4                          SPSSN          UP-CYC:4104
DONALD DEWEES                              TOT EXEMPTIONS:00 BFS  :
                                 STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:          .00 SETTL DATE:       LIEN :
LAST  CSED:12-12-2021 TOT INTERST:     1,170.69 INTEREST DATE:07042016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:     1,169.77 DISASTER RDD :    BWNC :0
      ASED:          INT PAID:         1,169.77-DISASTERSTART:    CC81 :0
      RSED:          FTP TOTAL:             .00 GOVRN SC:49 HIST LC:98 CC85 :0
   FREEZE:    -      FTP ASSESSD:           .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                      CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0  TFRP :0
SETTL CYC:00000000
TC   DATE      AMOUNT      CYCLE      DLN          VARIABLE DATA
240 12122011    10,000.00  20114808 17254-722-52079-1 CSED:12122021
                                                       REF-NUM:623
290 12122011         .00   20114808 17254-722-52079-1
971 12122011         .00   20114808 17277-722-52079-1 ACT-CD: 804
                                                       MISCCP 0015
971 06092012         .00   20122505 51277-563-07794-2 ACT-CD: 611
971 08202012         .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012         .00   20123405 28277-628-05099-2 ACT-CD: 061
            PAGE 001 OF 003         IMFPG 002                    DS:R
```

Exhibit J

```
IMFOLT███████-6026 55200612P02   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                                UP-CYC:4104
TC   DATE      AMOUNT        CYCLE      DLN           VARIABLE DATA
971 09032012           .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                        REVERSAL-IND: 1
971 12032012           .00  20125005 28277-739-68687-2 ACT-CD: 069
582 12072012           .00  20125105 28277-746-68862-2
971 12132012           .00  20125205 66277-754-00017-2 ACT-CD: 252
530 02062013           .00  20130705 28277-440-57502-3 CC:06
971 03112013           .00  20130905 28277-001-99999-3 XREF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
         MISCSAL-OTH-RRB                                ACT-CD: 662
971 02272013           .00  20131105 28277-467-03837-3 ACT-CD: 692
                                                        REVERSAL-IND: 1
960 05082013           .00  20131905 61277-528-01354-3
240 08182014           .00  20143105 49254-611-96009-4 REF-NUM:623
290 08182014           .00  20143105 49254-611-96009-4
971 07302014           .00  20143105 49277-611-05609-4 XREF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 55200812
         REVERSAL-IND: 1                                ACT-CD: 057
670 08212015     11,169.77- 20153405 29217-237-18509-5 SPLIT-REMIT
         CDDB29022015237001009331                       DESG-PYMT-CD:99
196 09142015      1,169.77  20153405 49254-611-96009-4
972 09142015           .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015           .00  20153505 28277-001-99999-5 ACT-CD: 060
              PAGE 002 OF 003          IMFPG 003                      DS:R
```

Page: 1 Document Name: untitled

IMFOLT███████6026 55200612P03   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                UP-CYC:4104
TC    DATE      AMOUNT      CYCLE       DLN          VARIABLE DATA
972 09142015          .00  20153505 49277-611-99999-5 XREF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 55200812
                                                     ACT-CD: 057
583 09112015          .00  20153705 28277-658-84782-5 DEFINER:1
290 06062016          .00  20162005 17254-537-10009-6


              PAGE 003 OF 003          IMFPG 001                    DS:R


Date: 10/13/2016 Time: 10:32:45 AM

Page: 1 Document Name: untitled

```
IMFOLT████████-6026 55200712P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96010-4                        SPSSN           UP-CYC:4104
DONALD DEWEES                                 TOT EXEMPTIONS:00 BFS  :
                                  STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:           .00 SETTL DATE:       LIEN :
LAST  CSED:12-12-2021 TOT INTERST:       1,170.69 INTEREST DATE:07042016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:       1,169.77 DISASTER RDD :       BWNC :0
       ASED:          INT PAID:          1,169.77-DISASTERSTART:       CC81 :0
       RSED:          FTP TOTAL:             .00 GOVRN SC:49 HIST LC:98 CC85 :0
    FREEZE:    -      FTP ASSESSD:           .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                      CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0      TFRP :0
SETTL CYC:00000000
TC    DATE       AMOUNT       CYCLE       DLN          VARIABLE DATA
240 12122011      10,000.00  20114808 17254-722-52080-1 CSED:12122021
                                                        REF-NUM:623

290 12122011           .00   20114808 17254-722-52080-1
971 12122011           .00   20114808 17277-722-52080-1 ACT-CD: 804
                                                        MISCCP 0015
971 06092012           .00   20122505 51277-563-07792-2 ACT-CD: 611
971 08202012           .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                        REVERSAL-IND: 1
972 08112012           .00   20123405 28277-628-05112-2 ACT-CD: 061
              PAGE 001 OF 003          IMFPG 002                   DS:R
```

Exhibit K

Date: 10/13/2016 Time: 10:33:00 AM

Page: 1 Document Name: untitled

```
IMFOLT████-6026 55200712P02  IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                              UP-CYC:4104
TC   DATE      AMOUNT       CYCLE       DLN             VARIABLE DATA
971 09032012         .00  20123505 28277-001-99999-2 ACT-CD: 060
                                                     REVERSAL-IND: 1
971 12032012         .00  20125005 28277-739-68688-2 ACT-CD: 069
582 12072012         .00  20125105 28277-746-68861-2
971 12132012         .00  20125205 66277-754-00018-2 ACT-CD: 252
530 02062013         .00  20130705 28277-440-57500-3 CC:06
971 03112013         .00  20130905 28277-001-99999-3 XREF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
            MISCSAL-OTH-RRB                          ACT-CD: 662
971 02272013         .00  20131105 28277-467-03838-3 ACT-CD: 692
                                                     REVERSAL-IND: 1
960 05082013         .00  20131905 61277-528-01358-3
240 08182014         .00  20143105 49254-611-96010-4 REF-NUM:623
290 08182014         .00  20143105 49254-611-96010-4
971 07302014         .00  20143105 49277-611-05606-4 XREF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 55200812
            REVERSAL-IND: 1                          ACT-CD: 057
670 08212015   11,169.77- 20153405 29217-237-18510-5 SPLIT-REMIT
            CDDB29022015237001009332                 DESG-PYMT-CD:99
196 09142015    1,169.77  20153405 49254-611-96010-4
972 09142015         .00  20153405 28277-999-99999-5 ACT-CD: 692
972 09142015         .00  20153505 28277-001-99999-5 ACT-CD: 060
                PAGE 002 OF 003          IMFPG 003                      DS:R
```

Date: 10/13/2016 Time: 10:33:03 AM

Page: 1 Document Name: untitled

IMFOLT███████-6026 55200712P03   IMF CIVIL PENALTY        NM CTRL:DEWE WEEKLY
                                                                    UP-CYC:4104
TC   DATE      AMOUNT         CYCLE      DLN              VARIABLE DATA
972 09142015        .00    20153505 49277-611-99999-5 XREF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 55200812
                                                      ACT-CD: 057
583 09112015        .00    20153705 28277-658-84781-5 DEFINER:1
290 06062016        .00    20162005 17254-537-10010-6


                    PAGE 003 OF 003          IMFPG 001                  DS:R


Date: 10/13/2016 Time: 10:33:06 AM

```
IMFOLT████-6026 55200812P01  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
49254-611-96011-4                          SPSSN           UP-CYC:4104
DONALD DEWEES                           TOT EXEMPTIONS:00 BFS  :
                              STATUS:12 STATUS DATE:09142015 AIMS :0
NEXT  CSED:12-12-2021 ASSESSD BAL:           .00 SETTL DATE:        LIEN :
LAST  CSED:12-12-2021 TOT INTERST:    1,170.69 INTEREST DATE:10242016 BWI  :
FIRST CSED:12-12-2021 INT ASSESSD:    1,169.77 DISASTER RDD :       BWNC :0
      ASED:          INT PAID:        1,169.77-DISASTERSTART:       CC81 :0
      RSED:          FTP TOTAL:            .00 GOVRN SC:49 HIST LC:98 CC85 :0
    FREEZE:    -     FTP ASSESSD:          .00 MATH IN: TDA COPY:7312 TC914:0
INDICATORS:                                                        CAF  :5
EFT-IND:0 DDRC :00PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0    TFRP :0
SETTL CYC:00000000
TC   DATE      AMOUNT       CYCLE      DLN           VARIABLE DATA
240 12122011     10,000.00  20114808 17254-722-52081-1 CSED:12122021
                                                       REF-NUM:623
290 12122011          .00   20114808 17254-722-52081-1
971 12122011          .00   20114808 17277-722-52081-1 ACT-CD: 804
                                                       MISCCP 0015
971 06092012          .00   20122505 51277-563-07800-2 ACT-CD: 611
971 08202012          .00   20123205 17277-999-99999-2 ACT-CD: 061
                                                       REVERSAL-IND: 1
972 08112012          .00   20123405 28277-628-05111-2 ACT-CD: 061
             PAGE 001 OF 005         IMFPG 002                    DS:R
```

Exhibit L

```
IMFOLT██████-6026 55200812P02  IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                              UP-CYC:4104
TC    DATE      AMOUNT         CYCLE     DLN              VARIABLE DATA
971 09032012          .00   20123505 28277-001-99999-2 ACT-CD: 060
                                                       REVERSAL-IND: 1
971 12032012          .00   20125005 28277-739-68689-2 ACT-CD: 069
582 12072012          .00   20125105 28277-746-68864-2
971 12132012          .00   20125205 66277-754-00019-2 ACT-CD: 252
530 02062013          .00   20130705 28277-440-57501-3 CC:06
971 03112013          .00   20130905 28277-001-99999-3 XREF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
          MISCSAL-OTH-RRB                              ACT-CD: 662
971 02272013          .00   20131105 28277-467-03839-3 ACT-CD: 692
                                                       REVERSAL-IND: 1
960 05082013          .00   20131905 61277-528-01362-3
240 08182014          .00   20143105 49254-611-96011-4 REF-NUM:623
290 08182014          .00   20143105 49254-611-96011-4
971 07302014          .00   20143205 49277-611-05600-4 XREF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 55199712
          REVERSAL-IND: 1                              ACT-CD: 157
971 07302014          .00   20143205 49277-611-05601-4 XREF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 55200112
          REVERSAL-IND: 1                              ACT-CD: 157
971 07302014          .00   20143205 49277-611-05602-4 XREF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 55199912
          REVERSAL-IND: 1                              ACT-CD: 157

          PAGE 002 OF 005              IMFPG 003                    DS:R
```

```
IMFOLT███████-6026 55200812P03   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                           UP-CYC:4104
TC   DATE      AMOUNT       CYCLE      DLN            VARIABLE DATA
971 07302014        .00   20143205 49277-611-05603-4 XREF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 55199812
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05604-4 XREF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 55200412
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05605-4 XREF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 55200212
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05606-4 XREF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 55200712
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05607-4 XREF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 55200312
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05608-4 XREF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 55200512
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05609-4 XREF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 55200612
             REVERSAL-IND: 1                         ACT-CD: 157
971 07302014        .00   20143205 49277-611-05610-4 XREF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 55200012
             REVERSAL-IND: 1                         ACT-CD: 157
670 08212015  11,169.77- 20153405 29217-237-18511-5 SPLIT-REMIT
             CDDB29022015237001009333               DESG-PYMT-CD:99
196 09142015   1,169.77   20153405 49254-611-96011-4
972 09142015        .00   20153405 28277-999-99999-5 ACT-CD: 692
             PAGE 003 OF 005            IMFPG 004                  DS:R
```

IMFOLT███████6026 55200812P04   IMF CIVIL PENALTY      NM CTRL:DEWE WEEKLY
                                                              UP-CYC:4104

| TC  | DATE     | AMOUNT | CYCLE    | DLN                 | VARIABLE DATA |
|-----|----------|--------|----------|---------------------|---------------|
| 972 | 09142015 | .00    | 20153505 | 28277-001-99999-5   | ACT-CD: 060 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55199712 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55199812 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55199912 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55200012 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55200112 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55200212 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55200312 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55200412 |
|     |          |        |          |                     | ACT-CD: 157 |
| 972 | 09142015 | .00    | 20153605 | 49277-611-99999-5   | XREF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 55200512 |
|     |          |        |          |                     | ACT-CD: 157 |

                  PAGE 004 OF 005            IMFPG 005                        DS:R

Page: 1 Document Name: untitled

IMFOLT ▓▓▓▓-6026 55200812P05   IMF CIVIL PENALTY       NM CTRL:DEWE WEEKLY
                                                                UP-CYC:4104
| TC | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|----|------|--------|-------|-----|---------------|
| 972 | 09142015 | .00 | 20153605 | 49277-611-99999-5 | XREF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 55200612 |
|     |          |     |          |                   | ACT-CD: 157 |
| 972 | 09142015 | .00 | 20153605 | 49277-611-99999-5 | XREF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 55200712 |
|     |          |     |          |                   | ACT-CD: 157 |
| 583 | 09112015 | .00 | 20153705 | 28277-658-84780-5 | DEFINER:1 |
| 290 | 06062016 | .00 | 20162005 | 17254-537-10011-6 | |

PAGE 005 OF 005          IMFPG 001                    DS:R

Date: 10/13/2016 Time: 10:33:33 AM