# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 17-5274                                    September Term, 2018

1:16-cv-01579-CRC

Filed On: June 5, 2019 [1791018]

Donald Dewees,

      Appellant

   v.

United States of America,

      Appellee

## M A N D A T E

In accordance with the judgment of April 9, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Ken R. Meadows
      Deputy Clerk

Link to the judgment filed April 9, 2019